```
IN THE DISTRICT COURT OF THE UNITED STATES
     FOR THE DISTRICT OF SOUTH CAROLINA
            ANDERSON/GREENWOOD DIVISION
```

| | |
|---|---|
| Alphonso Haynesworth, | ) Civil Action No. 8:10-2501-CMC-BHH |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| South Carolina Department of Corrections, et al, | ) |
| Defendants. | ) |

The Plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983. This matter is before the Court on the Plaintiff's Motion to Compel. (Dkt. # 12.)

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983.

Rule 37, Fed. R. Civ. P., provides that if a party fails to respond to discovery, the party seeking discovery may move for an order compelling production. The decision to grant or to deny a motion to compel discovery rests within the broad discretion of the trial court. *See Lone Star Steakhouse & Saloon, Inc. v. Alpha of Va., Inc.*, 43 F.3d 922, 929 (4th Cir. 1995) (holding the "Court affords a district court substantial discretion in managing discovery and reviews the denial or granting of a motion to compel discovery for abuse of discretion.") (internal citation omitted); *LaRouche v. Nat'l Broad. Co., Inc.*, 780 F.2d 1134, 1139 (4th Cir. 1986) (holding "[a] motion to compel discovery is addressed to the sound discretion of the district court .")).

The plaintiff failed to attach a copy of the discovery which he states he served on the Defendants as required by Local Civil Rule 37.01 DSC. Therefore, the Plaintiff's Motion to Compel (Dkt. # 12) is DENIED.

IT IS SO ORDERED.

s/Bruce Howe Hendricks
United States Magistrate Judge

November 1, 2010
Greenville, South Carolina